IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No.  6:99-987 |
| vs. | ) | C/A No. 6:05-2150-HMH |
| | ) | |
| Nakeo T. Vance, | ) | **OPINION & ORDER** |
| | ) | |
| Movant. | ) | |

This matter is before the court on Nakeo T. Vance's ("Vance") motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (West Supp. 2005). After a thorough review of the facts and pertinent law, the court summarily dismisses Vance's motion.

Vance filed a previous motion under 28 U.S.C. § 2255 before this court on September 17, 2002 ("first motion"). The court summary dismissed the first motion on the basis that it was untimely under § 2255. United States v. Vance, No. 02-3085 (D.S.C. Sept. 25, 2002) (unpublished). Vance appealed, but the United States Court of Appeals dismissed his appeal for failure to prosecute on March 5, 2004. Vance filed the instant § 2255 motion on July 27, 2005.[1]

"[A] habeas or § 2255 petition that is properly dismissed as time-barred . . . constitutes an adjudication on the merits for successive purposes. Villanueva v. United States, 346 F.3d 55, 61 (2d Cir. 2003). "[A] prisoner seeking to file a successive application in the district court must first obtain authorization from the appropriate court of

---

[1] See Houston v. Lack, 487 U.S. 266 (1988).

1

appeals." United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003) (citing 28 U.S.C. § 2244(b)(3)). As Vance has not obtained the pre-filing authorization necessary for him to proceed with his successive motion, the court may not consider the motion.

Therefore, it is

**ORDERED** that Vance's section 2255 motion is summarily dismissed.

**IT IS SO ORDERED**.

                                             s/ Henry M. Herlong, Jr.
                                             United States District Judge

Greenville, South Carolina
August 25, 2005

## NOTICE OF RIGHT TO APPEAL

The movant is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.